MARY J. GOGGINS, as Administratrix, etc., of PATRICK GOGGINS, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BEST STAMP SERVICE CO., INC., Respondent, v. SAMUEL H. MOSS, INC., Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CASPAR W. HODGSON, Respondent, v. NEWS SYNDICATE CO., INC., Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [165 Misc. 882.]

NEW YORK LIFE INSURANCE COMPANY, Respondent, v. SIMON BLOOM, Defendant, Impleaded with DOROTHY BLOOM and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JACOB HARKAVY, Appellant, v. CHARLES LEVINE, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MIRIAM C. STEINMAN, Now Being Known as MIRIAM C. SOLKY, Appellant, v. LOUIS H. STEINMAN, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

ALBERT RUDITSKY, as Administrator, etc., of PHILIP RUDITSKY, Deceased, Respondent, v. MONTICELLO GAS & OIL CO., INC., and ANTHONY CONEY, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JULIUS BLUMENFELD, Appellant, v. BESSIE BLUMENFELD, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HERMAN HORN, Respondent, v. WADSWORTH ASSOCIATES, INC., and SIDNEY H. BAROVICK, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PHYLLIS CAMERON ISAAC, Appellant, v. LESTER B. ISAAC, Respondent.— Order unanimously affirmed, without costs. The examination to take place not later than March 10, 1938; plaintiff's attorney of record to receive notice of the time and place to be set by defendant's counsel in sufficient time to enable plaintiff and her attorney of record to attend if they desire, and to engage counsel at Rio de Janeiro, Brazil. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

BENJAMIN BERKOWITZ, Respondent, v. AVENUE B & EAST BROADWAY TRANSIT COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.